# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **INTERFACE IP HOLDINGS LLC,** | |
| Plaintiff, | |
| v. | Civil Action No. 2:23-cv-00200-JRG |
| **LATAM AIRLINES GROUP S.A.,** | JURY TRIAL DEMANDED |
| Defendant. | |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

Plaintiff Interface IP Holdings LLC ("Plaintiff" or "Interface IP") files its Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). On May 8, 2023, Plaintiff filed suit against Defendant Latam Airlines Group S.A. ("Latam"). Latam has been served with process and has not served a responsive pleading. This case is not a class action, and a receiver has not been appointed in this case. This case is not governed by any federal statute that requires a court order for dismissal. Dismissal of this action against Latam is **with prejudice** to refiling, with all attorneys' fees, costs of court, and expenses borne by the party incurring same.[1]

Dated: August 4, 2023
Respectfully submitted,

/s/ Eric H. Findlay
Eric H. Findlay
State Bar No. 00789886
Brian Craft
State Bar No. 04972020
FINDLAY CRAFT, P.C.
7270 Crosswater Avenue, Suite B
Tyler, Texas 75703
Tel: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com

---

[1] Pursuant to the Court's Standing Order Regarding Dismissal Papers in Connection with Settlement in Cases Assigned to United States District Court Judge Rodney Gilstrap, a courtesy copy of this filing is being delivered (*via* USPS Mail) to the Chambers of this Court.

-2-

Email: bcraft@findlaycraft.com

Bradford J. Black
Texas Bar No. 24086243
BRADFORD BLACK P.C.
500 W. 2nd Street, Ste. 1900
Austin, TX 78701
Email: bblack@bradfordblack.com
Tel: (415) 813-6210
Fax: (415) 813-6222

**ATTORNEYS FOR PLAINTIFF INTERFACE IP HOLDINGS LLC**

**CERTIFICATE OF SERVICE**

I certify this document was filed electronically pursuant to Local Rule CV-5(a) on August 4, 2023. Pursuant to Local Rule CV-5(a), this electronic filing acts to electronically serve all counsel who have consented to electronic service via the Court's CM/ECF system.

/s/ *Eric H. Findlay*
Eric H. Findlay