IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| INTERFACE IP HOLDINGS LLC § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:23-CV-00200-JRG |
| § | |
| LATAM AIRLINES GROUP S.A., § | |
| § | |
| *Defendant*. § | |

## ORDER

Before the Court is the Notice of Dismissal Pursuant to Rule 41(a)(1)(A)(i) (the "Notice") filed by Plaintiff Interface IP Holdings LLC ("Plaintiff"). (Dkt. No. 13.) In the Notice, Plaintiff dismisses the above-captioned action against Defendant Latam Airlines Group S.A. ("Defendant") with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (*Id*. at 1.)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiff against Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. The Clerk of Court is directed to **CLOSE** the above-captioned case as no claims or parties remain.

**So ORDERED and SIGNED this 8th day of August, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE